```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
```
JOHN FUCHS, PATRICK MORIN, ANTHONY
MACAGNONE, MICHAEL CONROY, DAVID
HAINES, GEOFFREY JAMES, JAMES MALCOM,
WILLIAM MACCHIONE, WALTER KRUPA, ALAN
EHL, WILLIAM WEITZMAN, KEVIN HICKS,
JOSEPH OLIVIERI, DALE STUHLMILLER,
ARTHUR GODSELL, ROBERT CARLINO,
PAUL J. O'BRIEN, JR., JOSEPH GANIRO,
ROSS PEPE, RICHARD O'BEIRNE, JAMES LOAN,
ANTHONY CAROPRESSO and ANTONIO
MARTINS as Trustees of the EMPIRE STATE
CARPENTERS WELFARE, PENSION, VACATION,
ANNUITY, SCHOLARSHIP, LABOR-MANAGEMENT
CORPORATION and CHARITABLE TRUST FUNDS,

      Plaintiffs,

            ORDER ADOPTING REPORT &
            RECOMMENDATION
   -against-      04-CV-5309 (JS)(MLO)

A.J. ENRIQUEZ, d/b/a/ BUCKINGHAM
BUILDERS,

      Defendant,
```
----------------------------------------X
```

Appearances:
For Plaintiffs: Marty Gerard Glennon, Esq.
       Meyer, Suozzi, English & Klein, P.C.
       425 Broad Hollow Road, Suite 405
       Melville, NY 11747

For Defendant: No Appearance

SEYBERT, District Judge:

   Upon review of Magistrate Judge Michael L. Orenstein's Report and Recommendation, which was entered on the record during a Hearing at the United States District for the Eastern District of New York on December 13, 2005, to which no party has objected, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Plaintiffs' motion for a default judgment is GRANTED. Defendant is directed to submit to a payroll audit within thirty (30) days of service of this Order. In addition, Plaintiffs are awarded $3,453.77 as compensation for attorneys' fees and costs.

At the conclusion of the Hearing, Magistrate Judge Orenstein directed Plaintiffs' counsel to serve Defendant with a copy of the transcript containing the Report and Recommendation. Magistrate Judge Orenstein provided that any objections were to be filed with the Clerk of the Court within ten days of the date of service. Plaintiffs filed proof of service indicating that a copy of the transcript was served on Defendant on March 2, 2006, via overnight mail. The time for filing objections has expired and no Party has objected. Accordingly, the Court deems all objections waived.

Therefore, the Court ADOPTS Magistrate Judge Orenstein's Report and Recommendation in its entirety. Defendant is ORDERED to submit to a payroll audit within thirty (30) days of service of this Order. In addition, Plaintiffs are awarded $3,453.77 as compensation for attorneys' fees and costs.

SO ORDERED

Dated: Central Islip, New York  /s/ JOANNA SEYBERT
      March  28 , 2006  Joanna Seybert, U.S.D.J.